Christopher Lance, Plaintiff-Appellant,
against
NY1 Transmissions, Inc., Defendant-Respondent.



Plaintiff appeals from a judgment of the Small Claims Part of the Civil Court of the City of New York, Bronx County (Sabrina B. Kraus, J.), entered December 12, 2017, after trial, in favor of defendant dismissing the action.




Per Curiam.
Judgment (Sabrina B. Kraus, J.), entered December 12, 2017, affirmed, with costs.
A judgment rendered in the Small Claims Part of the Civil Court will be sustained on appeal unless it is shown that "substantial justice has not been done between the parties according to the rules and principles of substantive law" (CCA 1807). Applying that limited standard of review here and giving due deference to the trial court's findings of fact and negative assessment of plaintiff's credibility (see Williams v Roper, 269 AD2d 125 [2000], lv dismissed 95 NY2d 898 [2000]), we find no basis to substitute our judgment for that of the trial court in dismissing the action. The evidence, fairly interpreted, supports the court's determination that plaintiff failed to establish that the automotive repair services rendered by defendant were defective.
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: November 26, 2018